

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00614-CR

Stetson Roy **SEKULA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 519407
Honorable Wayne A. Christian, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we REFORM the judgment to delete the assessment of the attorney's fees against Sekula. We AFFIRM THE JUDGMENT AS REFORMED.

SIGNED March 21, 2018.

_____
Patricia O. Alvarez, Justice